# Exhibit C



# CERTIFICATION

**In the Matter of Arbitration Between:**

Case Number: **01-20-0004-9782**

Sanchez Fischer Levine, LLP
-vs-
BDT Investments, Inc

State of New York    )
                     )  SS:
County of New York   )

Thomas Ventrone being duly sworn deposes and says:

1. He is the Vice President of the International Centre for Dispute Resolution, the International Division of the American Arbitration Association, Inc. (hereinafter referred to as the "ICDR"), a not-for-profit corporation organized under the Laws of the State of New York, having its principal offices at 120 Broadway, 21st Floor, New York, NY 10271.

2. In such capacity, he is in general charge of the management of all international arbitrations conducted pursuant to the rules of the AAA in its international Case Management Center.

3. He has reviewed the ICDR's file pertaining to the above-captioned arbitration administered by the ICDR as case no. 012000049782.

4. He hereby certifies that the following document, as listed below and attached, is a true and exact copy of the same document contained in said file no. 012000049782:

    - Final Award dated October 13, 2020

He hereby certifies that the subject arbitration was governed by the AAA's Commercial Arbitration Rules as amended and in effect as of October 1, 2013. A copy of such Rules and Procedures is attached hereto.

Date: November 12, 2020

_____
Thomas Ventrone, Esq.

State of New York        )
                         )  SS:
County of New York       )

On this 12th day of November, 2020, before me personally came and appeared Thomas Ventrone, to me known and known to me to be the individual described in and who executed the foregoing instrument and he acknowledged to me that he executed the same.

_____
Notary Public

NICOLE L. MAY-BYNES
Commission # 50011781
Notary Public, State of New Jersey
My Commission Expires
3/11/2025

## AMERICAN ARBITRATION ASSOCIATION
## INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

SANCHEZ FISCHER LEVINE, LLP (United States of America),

*Claimant*,

AAA Case No. 01-20-0004-9782

vs.

BDT INVESTMENTS, INC. (Barbados),

*Respondent*.

## FINAL AWARD

I, THE UNDERSIGNED ARBITRATOR, Carlos F. Concepcion, having been designated in accordance with the arbitration agreement entered into between the above-named parties and dated June 19, 2019, and having been duly sworn, and having duly reviewed the materials submitted by the Parties, do hereby, ORDER and AWARD, as follows:

Within thirty (30) calendar days of the transmittal of this Final Award, Respondent BDT Investments Inc., a Barbados entity, with an address of 1st Floor, Hastings House, Balmoral Gap, Hastings, Christ Church, Barbados BB14034, shall pay Claimant Sanchez Fischer Levine, LLP, a Florida limited liability partnership with a principal place of business at 1200 Brickell Avenue, Suite 750, Miami, Florida 33131 the sum of $81,487.95. This sum shall accrue interest at the rate of 5% commencing thirty (30th) calendar days date after the transmission of this Final Award.

The Final Award is in full settlement of all claims, defenses, and any potential counterclaims by either party to this Arbitration.

I hereby certify that, for the purposes of Article I of the New York Convention of 1958, on the Recognition and Enforcement of Foreign Arbitral Awards, this Final Award was made in Miami, Florida, United States of America.

The Final Award is hereby entered and issued on this 13 day of October 2020

Carlos F. Concepcion,
Sole Arbitrator

State of STATE            )
                          )  SS:
County of COUNTY          )


I, Carlos F. Concepcion, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Final Award.


Date 10-13-2020          Carlos F. Concepcion, Arbitrator